

For full opinion see 4 OO 557; 51 Oh Ap 156.

Newcomer & Parker, Bryan, for plaintiffs in error.

Gebhard & Maxwell, Bryan, for defendant in error.

For full opinion see 4 OO 560; 51 Oh Ap 163.

## HUFFMAN et v STATE ex SQUIRE

Ohio Appeals, 6th Dist, Williams Co

·Decided April 22, 1935

## BURKE v KEARNEY

Ohio Appeals, 1st Dist, Hamilton Co

Decided May 6, 1935